No. 17–0035/AR. U.S. v. Jeffry A. Feliciano, Jr. CCA 20140766. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

    I.   WHETHER THE MILITARY JUDGE ERRED WHEN HE FAILED TO INSTRUCT THE PANEL ON THE DEFENSE OF VOLUNTARY ABANDONMENT, AND IF SO, WHETHER THE ERROR WAS HARMLESS BEYOND A REASONABLE DOUBT.

    II.   WHETHER THE MILITARY JUDGE ERRED WHEN HE INSTRUCTED THE PANEL THAT APPELLANT'S MISTAKE OF FACT AS TO CONSENT MUST BE BOTH HONEST AND REASONABLE, AND IF SO, WHETHER THE ERROR WAS HARMLESS BEYOND A REASONABLE DOUBT.

Briefs will be filed under Rule 25.

No. 17–0109/AR. U.S. v. Charles Bonilla. CCA 20131084. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 20, 2016.

No. 17–0111/AR. U.S. v. Francisco Galvan. CCA 20150574. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 16, 2016.

No. 17–0112/AR. U.S. v. Jason R. Crews. CCA 20130766. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 16, 2016.

No. 17–0113/AR. U.S. v. Antonio G. Salazar. CCA 20150611. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 22, 2016.

